# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of December, two thousand and thirteen.

Before:    Susan L. Carney,
               *Circuit Judge*.

_____

Martin Stoner,

   Plaintiff-Appellant,

v.

Young Concert Artists, Incorporated,

   Defendant-Appellee.

**ORDER**
Docket No. 12-4073

_____

Appellee moves for leave to file a supplemental appendix.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court