# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand and fourteen.

Before:     Christopher F. Droney,
                *Circuit Judge*.

_____

Martin Stoner,
   Plaintiff-Appellant,

v.

Young Concert Artists, Incorporated,
   Defendant-Appellee.

_____

**ORDER**
Docket No. 12-4073

Appellant, *pro se*, seeks leave to file a six-exhibit supplemental appendix.

IT IS HEREBY ORDERED that the motion is DENIED with respect to two press releases and certain documents pertaining to Appellant's district court motion pursuant to Rule 60(b) (designated by the parties as Exhibits I, II, and V). The motion is otherwise GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

